IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PROGRESSIVE COMMERCIAL ADVANTAGE AGENCY          PLAINTIFF

VS.                                CIVIL ACTION NO.:  1:23cv116 TBM-BWR

DAVID G. BOLIN, INDIVIDUALLY;
DAVID G. BOLIN d/b/a GLENN BOLIN'S TOWING;
BOLIN'S CORPORATION; MASON DEDEAUX  AND
JOHN AND JANE DOES 1-10                              DEFENDANTS

COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiff, Progressive Commercial Advantage Agency, and files this its Complaint for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201 against the Defendants and, in support thereof, states as follows:

PARTIES

1. The Plaintiff, Progressive Commercial Advantage Agency, is an Ohio corporation with its principal place of business in Mayfield Village, Ohio, and is authorized by the Commissioner of Insurance for the State of Mississippi to write insurance policies in the state of Mississippi (also referred to as "Progressive").

2. The Defendant, David G. Bolin, is an adult resident citizen of Pearl River County, Mississippi, where he may be served with process at 1203 Anna Street, Poplarville, Mississippi 39470.

3. The Defendant, David G. Bolin d/b/a Glenn Bolin's Towing, is a company doing business in Poplarville, Mississippi, at 608 Highway 26 East, where it may be served with process or service may be made upon David G. Bolin at 1203 Anna Street, Poplarville, Mississippi 39470.

4. The Defendant, Bolin's Corporation is a Mississippi corporation which may be served with process thorough its registered agent, David G. Bolin at 1203 Anna Street, Poplarville, MS 39470.

5. The Defendant, Mason Dedeaux, is an adult resident in Pearl River County, Mississippi, where he may be served with process at 510 Osborne Moody Road, Poplarville, Mississippi 39470, or at 608 Highway 26 East, Poplarville, Mississippi 39470.

6. John and Jane Does 1-10 are individuals, corporations, or entities who may have claims under the insurance policy in issue and/or who may have an interest in the ultimate outcome of this litigation, and the John and Jane Doe Defendants will be amended into the case, if necessary and if approved by the Court, once properly identified.

## JURISDICTION AND VENUE

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship, and the amount-in-controversy exceeds $75,000.00, exclusive of interest and costs.  This Court has jurisdiction over the subject matter and the persons involved in this action, and venue is proper in this Court.

## FACTS

8. On or about August 3, 2022, Jeffrey Soileau was traveling in a 2007 Honda Accord on LA Highway 25 northbound when his vehicle traveled over the centerline of the highway and off to the left side of the highway.  Soileau then re-entered the highway and was traveling north in the southbound lane as a 2020 Freightliner driven by Mason Dedeaux was traveling southbound.  Soileau's vehicle impacted the front center and front right of the Freightliner driven by Dedeaux.

9. The monetary value of the loss was disputed by the parties.

10. The defendants are insured by Progressive policy numbered 02028210-2, which reads:

   **PART II - DAMAGE TO YOUR AUTO**

   **APPRAISAL**

   If **we** cannot agree with **you** on the amount of **your loss**, then **you** or **we** may demand an appraisal of the **loss**. Each party shall appoint a competent and disinterested appraiser. If the appraisers agree on the amount of the **loss**, they shall submit a written report to **us** and this shall be deemed to be the amount of the **loss**.

   If the appraisers cannot agree on the amount of the **loss** within a reasonable time, they shall then choose a competent, impartial umpire, provided that if they cannot agree on an umpire within 15 days, either **you** or **we** may petition a judge of a court having jurisdiction to choose an umpire. The disagreement of the appraisers shall then be submitted to the umpire. Subject to the provisions of the policy, a written agreement signed by both appraisers or by one appraiser and the umpire will be the amount of the **loss**.

   **You** must pay **your** fees and expenses and those of **your** appraiser. **We** will pay **our** fees and expenses and those of **our** appraiser. All other expenses of the appraisal, including payment of the umpire if one is necessary, will be shared equally by **you** and **us**.

   By agreeing to an appraisal, **we** do not waive any of **our** rights under any other part of this policy, including **our** right to deny the claim.

   Progressive policy at pp. 15-16.  A certified copy of the policy is attached hereto as

   Exhibit "A."

11. The appraisal clause was invoked.

12. The appraisals have been completed, and the appraisers could not agree on the value of the loss.

13. In addition, the appraisers could not agree on a competent, impartial umpire.

14. Pursuant to the appraisal clause, Progressive petitions the Court to appoint a competent, impartial umpire to determine the value of the loss.

REQUEST FOR DECLARATORY RELIEF

15. Progressive re-alleges the allegations set forth in Paragraphs 1-14 above.

16. Pursuant to 9 U.S.C. § 5, Progressive is entitled to a judgment by the Court compelling appraisal and appointing a competent, impartial umpire to determine the value of the loss in accordance with the appraisal clause of the Progressive insurance policy, numbered 02028210-2.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Progressive Commercial Advantage Agency, respectfully prays that, after hearing all the things and matters set forth herein, the Court will enter a declaratory judgment as set forth above. Progressive further prays for any other relief this Court may deem necessary.

THIS, the 8th day of May, 2023.

                                  Respectfully submitted,

                                  */s/ C. Maison Heidelberg*
                                  C. MAISON HEIDELBERG, MB #9559
                                  Attorney for Progressive Commercial Advantage Agency

OF COUNSEL:

HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com